UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

FRANCIS RAIA and
DIO BRAXTON

Criminal No. 18-657 (WJM)

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Rahul Agarwal and Sean Farrell, Assistant U.S. Attorneys, appearing), and Defendants Francis Raia (Alan Zegas, Esq., appearing) and Dio Braxton (Vincent LaPaglia, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and no prior continuances having been granted; and the Defendants being aware that they have the right to have this matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the Defendants having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendants and counsel for the Government the reasonable time necessary for

effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS, therefore, on this 15th day of November, 2018,

ORDERED that this action be, and hereby is, continued until January 31, 2019; and it is further

ORDERED that the period from the date of this order through January 31, 2019 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable William J. Martini
United States District Judge

Consented to as to form and entry:

_____
SEAN FARRELL
RAHUL AGARWAL
Assistant U.S. Attorneys

_____
ALAN ZEGAS, ESQ.
Counsel for Defendant Raia

_____
VINCENT LaPAGLIA, ESQ.
Counsel for Defendant Braxton